UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF PARKS AND RECREATION FOR THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>BAZAAR DEL MUNDO, INC., a California corporation, and DOES 1-50 inclusive,<br><br>    Defendants. | CASE NO. 04-CV-2244 JM (JMA)<br><br>**ORDER ON JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE** [DOCKET NO. 59] |

The matter having come before the Court on the Joint Motion and Stipulation to Dismiss with Prejudice by Plaintiff Department of Parks and Recreation for the State of California, and by Defendant Bazaar Del Mundo, Inc., a California corporation, and the Court having duly considered the matter, IT IS HEREBY ORDERED:

1. The Lawsuit is dismissed with prejudice;
2. There will be no right of appeal from the entry of an order on this stipulation, such right being expressly waived by the parties; and,
3. The parties shall bear their own attorneys' fees and costs of suit incurred in connection with the Lawsuit.

Dated: September 25, 2007

_____
Hon. Jeffrey T. Miller
United States District Court Judge